# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 18
Curby Toussaint,
  Respondent,
   v.
Port Authority of New York and
New Jersey,
  Appellant,
et al.,
  Defendants.

Christian H. Gannon, for appellant.
Brian J. Shoot, for respondent.

Reargument ordered for a future Court session. Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia and Wilson concur.

Decided April 1, 2021